DURO PUMP COMPANY, INC., Respondent, *v.* RAYMOND CONWAY AND COMPANY, Appellant.

(Argued April 17, 1929; decided May 3, 1929.)

*J. Edward Conway* and *John T. Loughran* for appellant.

*Newton H. Fessenden* for respondent.

Judgment affirmed, with costs; no opinion.

Concur: CARDOZO, Ch. J., POUND, CRANE, LEHMAN, KELLOGG, O'BRIEN and HUBBS, JJ.